November 24, 2010

TO: William H. Walls
U.S. District Judge
M.L.K., Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

FROM: Carlos M. Garcia
94 Martha Ave   PO Box 512
Wrightstown, NJ 08562-0512

Subject: Request permission to travel overseas

Your Honor, I would like to take this opportunity to ask you to allow me to travel overseas, as I had mentioned to you on my previous correspondence.

I plan to travel overseas during the months of December 19, 2010 to Toronto, Canada also I plan to travel to Bogota, Colombia during the months of February, I also have future plans to travel to United Arab Emirates, Dubai for employment purposes, it has not been clear as to the exact date for traveling, neither I was offer employment, however I like to advise this court regarding to all aspect of the purpose of my travel intent.

Comes now, I had surrender my U.S. passport to the State Department, and this government entity requires your authorization to release my U.S. passport.

Your consideration for this action is highly respected and appreciated.

Very Respectfully,

[signature]